IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN RAMIREZ,

    Plaintiff,

v.                                                              Civ. No. 2:24-cv-00251-KG-GJF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of the Plaintiff (Doc. 89), Juan Ramirez, all parties having concurred and the Court being fully advised in the premises,

FINDS that the Court has jurisdiction over the parties and the subject matter herein,

FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are dismissed with prejudice, with all parties to bear their own costs and attorney fees.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

RIBAIL LAW, PLLC

*/s/ Eric Painter – Approved via email*
Eric Painter
Matthew Ribail
Attorney for Plaintiff
5959 Gateway West, Suite 440
El Paso, TX 79938


**APPROVED BY:**

MILLER STRATVERT P.A.

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Attorneys for Defendants
Post Office Box 25687
Albuquerque, New Mexico  87125